UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHOSMA CO. LTD. )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SAHAN'S MOTHERLAND SALON AND )<br>SPA, INC. and SAHAN KOUROUMA )<br>)<br>Defendants. ) | No. 12-cv-6574 |

## MOTION FOR ENTRY OF WRITTEN JUDGMENT ORDER NUNC PRO TUNC

NOW COMES, Plaintiff, SHOSMA CO. LTD, by and through its attorney, Adrian P. Zeno, Esq., moves this Honorable Court for entry of a written Judgment Order against Defendant, SAHAN'S MOTHERLAND SALON AND SPA, INC., in support of said Motion, Plaintiff states the following:

1. A Default Judgment was entered in this case against Sahan's Motherland and Spa. Inc. on March 06, 2013 in the amount of $79,702.20 (hereinafter referred to as "the judgment").

2. On the judgment date, Plaintiff did not have a written Judgment Order form to be entered. As such, this Honorable Court entered and issued an electronic order for the judgment.

3. Plaintiff seeks to have a written Judgment Order entered so that it may register it as a foreign judgment in the Circuit Court of Cook County, Illinois.

WHEREFORE, PLAINTIFF, SHOSMA CO. LTD. prays that this Honorable Court enter the enclosed written Judgment Order in favor of Shosma, LTD and against Sahan's Motherland Salon and Spa, Inc. in the amount of $79,702.20.

Respectfully submitted,

Shosma Co, LTD.

_____
Adrian P. Zeno, Attorney for Plaintiff

Adrian P. Zeno
Zeno Law Office, P.C.
Attorney for Plaintiff
401 S. LaSalle St. #801-P
Chicago, IL 60605
312.281.0394
ARDC# 6288735